UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| JOHANNA DARLENE BARRERA, | ) | CASE NO. 08-14198 |
| | ) | Chapter 7 |
| DEBTOR(S). | ) | |

## NOTICE OF SMALL DIVIDENDS

      Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011.  The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed.  Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Neighborhood Health and Dental Clinics, Inc. | P.O. Box 11949<br>Fort Wayne, IN 46862 | $0.41 |
| Merchants Retail Credit Association Inc. or Medical & Dental Business of Allen County, Inc. | P.O. Box 11285<br>333 E. Washington Blvd.<br>Fort Wayne, IN 46857 | $0.62 |
| Summit Radiology | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $1.47 |
| Dupont Oral & Maxillofacial Surgery | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $4.69 |
| Allied Hospital | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $1.09 |

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Pathology & Forensics | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $2.79 |
| Imaging Diagnostic Center | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $4.80 |
| Worldwide Asset Purchasing II, LLC | c/o West Asset Management, Inc.<br>P.O. Box 105698<br>Atlanta, GA 30348 | $4.35 |
| Three Rivers Federal Credit Union | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $2.66 |
| Orthopaedics Northeast | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $1.09 |
| Lutheran Hospital | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $3.16 |
| Orthopaedics Northeast | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $1.08 |
| Indiana Pathology | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $1.01 |
| Summit Radiology | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $1.84 |

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Summit Radiology | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $2.21 |
| Preferred Anesthesia<br>  Consultants | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $1.29 |
| Flagstar Bank c/o JJ Marshall | 6060 Collection Dr.<br>P.O. Box 182190<br>Shelby Township, MI 48318 | $4.39 |
| | Total | $38.95 |

**WHEREFORE**, Trustee is depositing the total sum of $38.95 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: August 20, 2010**

                                      **Respectfully submitted,**

                                      **CHAPTER 7 TRUSTEE**
                                      **444 EAST MAIN STREET**
                                      **FORT WAYNE, INDIANA 46802**
                                      **TELEPHONE: (260) 426-0444**
                                      **FAX: (260) 422-0274**
                                      **EMAIL: mseifert@hallercolvin.com**

                                      **BY: /s/ Martin E. Seifert**
                                            **MARTIN E. SEIFERT**
                                            **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 20th day of August, 2010, to:

Johanna Darlene Barrera
2635 River Cove Trail
Fort Wayne, IN 46825

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Neighborhood Health and Dental
 Clinics, Inc.
P.O. Box 11949
Fort Wayne, IN 46862

Merchants Retail Credit Association, Inc.
or Medical & Dental Business Bureau of Allen Co., Inc.
P.O. Box 11285
333 E. Washington Blvd.
Fort Wayne, IN 46857

Summit Radiology
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Dupont Oral & Maxillofacial Surgery
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Allied Hospital
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Pathology & Forensics
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Imaging Diagnostic Center
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Worldwide Asset Purchasing II, LLC
c/o West Asset Management, Inc.
P.O. Box 105698
Atlanta, GA 30348

Three Rivers Federal Credit Union
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Orthopaedics Northeast
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Lutheran Hospital
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Indiana Pathology
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Summit Radiology
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Preferred Anesthesia Consultants
Snow & Sauerteig LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Flagstar Bank c/o JJ Marshall
6060 Collection Dr.
P.O. Box 182190
Shelby Township, MI 48318

                                      /s/ Martin E. Seifert
                                      **MARTIN E. SEIFERT**